E. F. O'Donnell, appellee, v. The Edward J. Joyce Filing Company, appellant. Gen. No. 34,055.

Opinion filed May 28, 1930.

Allen E. Hoban, for appellant. Heineman, Ronan & Langsett, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Edgard C. Bellazza, appellee, v. Joseph Allegretti, appellant. Gen. No. 34,066.

Opinion filed May 28, 1930.

Nicholas A. Pope, for appellant; Richard E. Dooley, of counsel. No appearance for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Hyde Park Investment Company, appellee, v. Hyde Park State Bank, defendant. Fred M. Heinkel, appellant. Gen. No. 33,922.

Opinion filed May 28, 1930.

Peden, Kahn & Murphy, for appellant; Gerald Ryan, of counsel. William J. Pringle and Edwin Terwilliger, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

Hyde Park Investment Company, appellee, v. Hyde Park State Bank, defendant. George Thomas, appellant. Gen. No. 33,923.

Opinion filed May 28, 1930.

Peden, Kahn & Murphy, for appellant; Gerald Ryan, of counsel. William J. Pringle and Edwin Terwilliger, for appellee.

Mr. Justice Holdom delivered the opinion of the court.